IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BARBARA L. HUNTER, and JESLENE PECK,** ) ) ) | |
| Plaintiffs, ) ) | Civil No. **08-445-CJP** |
| v. ) ) | |
| **C.T.S. TRUCKING, LLC,** ) ) | |
| Defendant. ) | |

## ORDER REGARDING SETTLEMENT and IMPENDING DISMISSAL

**PROUD, Magistrate Judge:**

Having been advised by counsel for the parties that the above action has been settled but that additional time is needed to consummate the settlement, the Court **DIRECTS** the Clerk of Court to enter judgment of dismissal *with* prejudice **sixty days** from the date of this Order.

Each party shall bear its own costs, unless otherwise provided in the settlement documents.

Should the parties fail to consummate settlement within sixty days, they may petition the Court, prior to the expiration of the sixty-day period, to delay entry of judgment until a later date.

In light of the settlement, the Court **VACATES** all court dates in this case.

**IT IS SO ORDERED.**

**DATED: October 25, 2010.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE**